■ EDWARD DEVLIN, Respondent, v. CARL N. WALLER, Appellant.— In these two consolidated matters (an action for a declaratory judgment and specific performance of an alleged oral lease and a summary dispossess proceeding), Carl N. Waller, the defendant in the action, appeals from an order of the Supreme Court, Queens County, entered August 28, 1973, which denied his motion to open his default in failing to proceed to trial on January 24, 1973, and to vacate the ensuing default judgment. Order reversed, as a matter of discretion and in the interests of justice, without costs, and motion granted. Under all the circumstances of this case, and in the interests of justice, the default should be vacated and a trial had. Hopkins, Acting P. J., Cohalan, Brennan, Benjamin and Munder, JJ., concur.

■ EMPIRE NATIONAL BANK, Respondent, v. HARRIET GENDELL, Appellant.— In an action to recover upon a promissory note, defendant appeals, as limited by her notice of appeal, from so much of an order of the Supreme Court, Orange County, entered February 7, 1974, as, after denying plaintiff's motion for summary judgment, struck out defendant's first affirmative defense. Order reversed insofar as appealed from, with $20 costs and disbursements. As a matter of pleading the first defense is sufficient (Uniform Commercial Code, § 3–305, subd. [2], par. [b]; *Pioneer Credit Corp.* v. *Bon Bon Cleaners Corp.,* 38 A D 2d 743; *First Nat. Bank of Odessa* v. *Fazzari,* 10 N Y 2d 394). Latham, Acting P. J., Shapiro, Cohalan, Brennan and Benjamin, JJ., concur.